UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KELLY VOJASKOVIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-0116-TAB-DFH |
| | ) | |
| PREMIER MANUFACTURING SUPPORT SERVICES and PREMIER SUPPORT SERVICES, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF JUDGMENT**

The Court, having granted summary judgment in favor of Defendant Premier Manufacturing Support Services, Inc., as to all claims brought by Plaintiff Kelly Vojaskovic, hereby enters judgment in favor of Defendant and against Plaintiff. This action is dismissed with prejudice. Defendant may recover its costs from Plaintiff.

Dated:  06/06/2006

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Blake J. Burgan
SOMMER BARNARD ATTORNEYS, PC
bburgan@sommerbarnard.com

Sarah Jane Graziano
KLEZMER & ASSOCIATES
sgraziano@randyklezmer.com

Nathan B. Maudlin
KLEZMER & ASSOCIATES
nmaudlin@randyklezmer.com

Michael C. Terrell
SOMMER BARNARD ATTORNEYS, PC
mterrell@sommerbarnard.com

Thomas H. Williams
JAFFE RAITT HEUER & WEISS
twilliams@jaffelaw.com